IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01388-ZLW-PAC

LEON MOYER,

     Plaintiff(s),

v.

# 1.   CITY OF ALAMOSA, 425 4th STREET, COLORADO 81101, *et al.*,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that plaintiff shall file his response to defendant Larry Richardson's Motion to Dismiss or for Summary Judgment, filed October 27, 2006, **on or before November 27, 2006**.  It is

     **FURTHER ORDERED** that "Plaintiff's Reply to Defendant Larry Richardson's Entry of Appearance" (Doc. # 28), filed on October 26, 2006, which the court liberally construes as a motion to strike Defendant Richardson's Answer, filed on October 11, 2006 (Doc. #24), is **DENIED**.

Dated: October 30, 2006