IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01388-ZLW-PAC

LEON MOYER,

    Plaintiff(s),

v.

- # 1.  CITY OF ALAMOSA, 425 4th STREET, COLORADO 81101,
- #2.  MAYOR FARRIS BERVIG, CITY OF COUNSEL MEMBERS, CITY COUNCIL MEMBERS,
- #3.  GREG GILLASPIE,
- #4.  RON GREEN,
- #5.  CHARLES GREIGO,
- #6.  APRIL GONZALES,
- #7.  KATHY ROGERS, and
- #8.  LELAND ROMERO, all found at above address,
- #9.  ALAMOSA POLICE CHIEF, RONALD LINDSAY,
- #10. ALAMOSA POLICE CAPTAIN JOHN MICHALKE,
- #11. ALAMOSA POLICE SGT. RYAN BLACK,
- #12. ALAMOSA POLICE OFFICER KENNETH ANDERSON, ADDRESS FOR POLICE: 1315 17th ST., ALAMOSA 81101, and
- #13. LARRY RICHARDSON, Owner/Operator of Layton's Towing Service of Alamosa 7101 Adams Lane, Alamosa, 81101.

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that the Motion for Trial Setting [filed February 14, 2007; Doc. No. 50] is **denied.**

Dated: February 15, 2007