IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01388-ZLW-PAC

LEON MOYER,

    Plaintiff(s),

v.

- # 1.  CITY OF ALAMOSA, 425 4th STREET, COLORADO 81101,
- #2.  MAYOR FARRIS BERVIG, CITY OF COUNSEL MEMBERS, CITY COUNCIL MEMBERS,
- #3.  GREG GILLASPIE,
- #4.  RON GREEN,
- #5.  CHARLES GREIGO,
- #6.  APRIL GONZALES,
- #7.  KATHY ROGERS, and
- #8.  LELAND ROMERO, all found at above address,
- #9.  ALAMOSA POLICE CHIEF, RONALD LINDSAY,
- #10.  ALAMOSA POLICE CAPTAIN JOHN MICHALKE,
- #11.  ALAMOSA POLICE SGT. RYAN BLACK,
- #12.  ALAMOSA POLICE OFFICER KENNETH ANDERSON, ADDRESS FOR POLICE: 1315 17th ST., ALAMOSA 81101, and
- #13.  LARRY RICHARDSON, Owner/Operator of Layton's Towing Service of Alamosa 7101 Adams Lane, Alamosa, 81101.

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

    IT IS HEREBY **ORDERED** that Plaintiff's Request to Appear Via Telephone [Doc. #58; filed June 29, 2007] is **GRANTED.**  Plaintiff may appear at the September 7, 2007 Status Conference by calling (303) 844-4892 at 9:00 a.m.

Dated:  July 5, 2007