IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01388-ZLW-KLM

LEON MOYER,

    Plaintiff,

v.

CITY OF ALAMOSA, 425 4th STREET, COLORADO, 81101,
MAYOR FARRIS BERVIG,
CITY COUNSEL MEMBERS:
GREG GILLASPIE,
RON GREEN,
CHARLES GRIEGO,
APRIL GONZALES,
KATHY ROGERS, and
LELAND ROMERO, all found at above address,
ALAMOSA POLICE CHIEF, RONALD LINDSEY,
ALAMOSA POLICE CAPTAIN JOHN MICHALKE,
ALAMOSA POLICE SGT. RYAN BLACK,
ALAMOSA POLICE OFFICER KENNETH ANDERSON,
ADDRESS FOR POLICE: 1315 17th ST. ALAMOSA 81101, and
LARRY RICHARDSON, Owner/Operator of Layton's Towing Service of Alamosa
  7101 Adams Lane, Alamosa, 81101,

    Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

  Plaintiff submitted a Notice of Appeal on September 14, 2007 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
   <u>X</u> is not submitted

1

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

- _X_ is not submitted
- ___ is not on proper form (must use the court's current form)
- ___ is missing original signature by plaintiff/petitioner on motion
- ___ is missing affidavit
- ___ affidavit is incomplete
- ___ is missing original signature by plaintiff/petitioner on affidavit
- ___ affidavit is not notarized or is not properly notarized
- ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  18  day of            Sept.          , 2007.

BY THE COURT:

_/s/ Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court